IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANDREW ACIE ADAMS**                                             **PETITIONER**

**VERSUS**                                     **CIVIL ACTION NO. 1:10-cv-321-HSO-JMR**

**CHRISTOPHER EPPS, et al.**                                   **RESPONDENTS**

<u>CERTIFICATE OF APPEALABILITY</u>

     A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

     A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.


Date: <u>2/23/2011</u>                                       *s/ Halil Suleyman Ozerden*
                                                           HALIL SULEYMAN OZERDEN
                                                           UNITED STATES DISTRICT JUDGE